IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**Benjamin Bluman, et al.,**

        Plaintiffs,

v.                                                                      Civ. No. 10-1766

**Federal Election Commission,**                        Three Judge Court

        Defendant.

---

### DECLARATION OF BENJAMIN BLUMAN

I, Benjamin Bluman, do hereby declare:

1. I am a citizen of Canada.

2. Between September 2006 and June 2009, I attended Harvard Law School in Cambridge, Massachusetts. During that period, I resided nearly continuously in the United States as an "F-1 status" nonimmigrant.

3. On November 12, 2009, I applied to be, and was admitted to the United States as, a "TN-status" nonimmigrant.

4. Since that date, I have resided continuously in New York City.

5. I pay applicable federal, state, and local taxes.

6. I am authorized to remain in the United States until November 11, 2012.

7. When my authorized term in the United States expires, I anticipate applying for an additional three-year term.

8. I am lawfully employed as an associate attorney by a law firm in New York.

9. I am a member of the Bar of the State of New York. When I was admitted as a member, I swore to uphold the Constitutions of the United States and the State of New York.

10. I hold strong political views. Among other things, I believe that gay and lesbian individuals should have full civil rights, including the right to marry; that the United States must take robust action to prevent the threats posed by climate change; and that "net neutrality" should be mandated by law for internet service providers.

11. I want to express my views on these and related issues by contributing money to political candidates who agree with them, and by independently spending money to advocate for the election of such candidates.

12. Specifically, I want to contribute $100 each to Representative Jay Inslee, Democrat of Washington, who has taken a lead role in advocating for net-neutrality; New York State Senator Diane Savino, who has eloquently defended the right of gays and lesbians to marry; and President Barack Obama, whose views and policies are largely in accord with mine.

13. I also want to pay for the printing of flyers that support the re-election of President Barack Obama, and distribute those flyers near my home, in Central Park.

14. I anticipate wanting to make similar contributions and expenditures in the future, during the period that I remain a resident of the United States.

15. Because the above spending is illegal under current law, I cannot engage in it without incurring severe sanctions. However, if that law were invalidated, I would do so.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day, January 10, 2011.

*[signature]*

Benjamin Bluman