**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ )<br>BENJAMIN BLUMAN, *et al*.,      )<br>      )<br>     Plaintiffs,     )<br>      )<br>     v.     )<br>      )<br>FEDERAL ELECTION COMMISSION,  )<br>      )<br>     Defendant.     )<br>_____) | Civ. No. 10-1766 (RMU/Three-Judge Court) |

**FEDERAL ELECTION COMMISSION'S UNOPPOSED**
**MOTION TO SET BRIEFING SCHEDULE**

In Plaintiffs' Unopposed Motion to Set Partial Briefing Schedule for the Parties'

Dispositive Motions (Docket No. 16), the parties noted that they had not yet agreed on a briefing

schedule for plaintiffs' motion for summary judgment but had agreed to "revisit this issue once

Plaintiffs' motion has been filed" and to "propose a briefing schedule to the Court at that time."

Plaintiffs have now filed their motion for summary judgment (Docket No. 20), and Defendant

Federal Election Commission respectfully moves the Court to supersede its Scheduling Order of

December 28, 2010, and establish the following schedule for the remaining briefing of the

parties' pending dispositive motions:

- The Commission's opposition to plaintiffs' motion for summary judgment and reply

  in support of the Commission's motion to dismiss shall be filed by March 1, 2011.

- Plaintiffs' reply in support of their motion for summary judgment shall be filed by

  March 29, 2011.

Pursuant to LCvR 7(m), the Commission has consulted with counsel for plaintiffs, who consent to this motion.

Respectfully submitted,

Phillip Christopher Hughey
Acting General Counsel
chughey@fec.gov

David Kolker (D.C. Bar No. 394558)
Associate General Counsel
dkolker@fec.gov

Kevin Deeley
Assistant General Counsel
kdeeley@fec.gov

 /s/ Adav Noti
Steve N. Hajjar
Adav Noti (D.C. Bar No. 490714)
Attorneys
shajjar@fec.gov
anoti@fec.gov

January 21, 2011