# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

February 10, 2012

Clerk
United States District Court
  for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC  20001


      Re:  Benjamin Bluman, et al.
           v.  Federal Election Commission
           No.  11-275   (Your docket No. 10-1766)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                    Sincerely,

                                    WILLIAM K. SUTER, Clerk

                                    By  *Elizabeth Brown*

                                    Elizabeth Brown
                                    Judgments/Mandates Clerk


Enc.
cc:    Michael A. Carvin, Esq.
        Solicitor General

# Supreme Court of the United States

11-275

**BENJAMIN BLUMAN, ET AL.,**

Appellants

v.

**FEDERAL ELECTION COMMISSION**

**ON APPEAL FROM** the United States District Court for the District of Columbia.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and the motion to dismiss or affirm.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment is affirmed.

January 9, 2012



A True copy WILLIAM K. SUTER
Test
Clerk of the Supreme Court of the United States
By: Cynthia Rapp